UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                        Case No. 8:02-cr-197-T-27TBM

**ROBERT McLAREN and
WANDA McLAREN,**

    **Defendants.**
_____/

**O R D E R**

THIS CAUSE is before the court on the matter of the January 9, 2007, letter of Robert H. McLaren which the court construes as a **motion for new counsel**. A hearing on the motion was conducted January 23, 2007. For reasons developed at the hearing, the construed motion is hereby **GRANTED**. Mr. Armington is relieved of further responsibility in this cause[1] and new counsel will be appointed by separate order.

Also before the court is **Defendant's** (Wanda McLaren) **Unopposed Motion to be Relieved of $100 Monthly Contribution Toward CJA Counsel Fees** (Doc. 148). Upon consideration, the motion is **GRANTED**. The court's Order of January 7, 2005, requiring the payment of one hundred dollars ($100.00) a month to offset the cost of her legal fees is, as it relates to Wanda McLaren, hereby suspended.

**Done and Ordered** in Tampa, Florida, this 24th day of January 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Cherie Krigsman, Assistant U.S. Attorney
Counsel for Defendants
Robert McClaren

---

[1] Counsel shall cooperate in forwarding discovery and other appropriate matters to new counsel.